UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MELISSA S. HART,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 1:22-CV-00620-SI<br><br><br>ORDER |

   After considering Plaintiff's Unopposed Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (ECF 26), it is ORDERED that John E. Haapala, Jr., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $13,013.00.  Counsel may retain the $7,548.69 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $5,464.31 due to counsel.  Commissioner may deduct from the balance of $5,464.31 an administrative assessment pursuant to 42 USC § 406(d), and pay Plaintiff's counsel the remainder from funds that may have been withheld by the Commissioner.

DATED April 17, 2025                    /s/ *Michael H. Simon*
                                         Michael H. Simon

Presented by:
John E. Haapala, Jr.; OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff

Page 1     ORDER