UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MELISSA S. HART,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 1:22-CV-00620-SI<br><br><br>ORDER |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is ORDERED that John E. Haapala, Jr., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $5,955.50.  Commissioner will deduct from the balance of $5,955.50 an administrative assessment pursuant to 42 USC § 406(d), and pay Plaintiff's counsel the remainder.

DATED ____April 10, 2026_____ .

_____
UNITED STATES JUDGE

Presented by:
John E. Haapala, Jr.; OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff

Page 1    ORDER